# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 19-00673-AG (DFM) | Date: | March 29, 2019 |
|---|---|---|---|
| Title | Joseph Townsend v. Frank Park, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Denise Vo | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On January 29, 2019, Plaintiff filed a civil rights complaint in this Court. See Dkt. 1. Plaintiff's Complaint was not accompanied by the necessary $400 filing fee or a request to proceed without prepayment of filing fees. See id. On February 14, 2019, this Court ordered Plaintiff to submit a completed CV-60P within twenty-one (21) days. See Dkt. 4.

Plaintiff did not file a completed CV-60P by the deadline. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.