# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH TOWNSEND,<br><br>Plaintiff,<br><br>v.<br><br>FRANK PARK, et al.,<br><br>Defendants. | Case No. CV 19-00673-SVW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action be dismissed without prejudice.

Dated: December 3, 2020

_____
STEPHEN V. WILSON
United States District Judge