# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH TOWNSEND,<br><br>Plaintiff,<br><br>v.<br><br>FRANK PARK, et al.,<br><br>Defendants. | Case No. CV 19-00673-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this entire action is dismissed without prejudice for failure to prosecute.

Date: December 3, 2020

_____
STEPHEN V. WILSON
United States District Judge